UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Unum Life Insurance Company of America, | ) ) ) | C/A No. 4:15-cv-1226-RBH-KDW |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) | ORDER |
| Donna Brookshire, Bryant Weaver, Jennifer Weaver, | ) ) ) | *Response Required from Pro Se Defendants/Cross-Defendants* |
| Defendants/Cross-Defendants, and S.W., a minor, | ) ) ) ) | |
| Defendant/Counter-Claimant/Cross-Claimant. | ) ) ) ) | |

This case is before the undersigned United States Magistrate Judge because, along with an Answer to the Complaint, the Guardian ad Litem ("GAL") for the minor-child Defendant, S.W., filed a Crossclaim against the Defendants Brookshire, Bryant Weaver, and Jennifer Weaver ("Defendants/Cross-Defendants) and a Counterclaim against Plaintiff. ECF No. 34. *This Order provides notice to the pro se Defendants/Cross-Defendants of the requirement that they submit an answer to the Crossclaim if they want to contest the legal position asserted by the GAL on behalf of the Cross-Claimant S.W., a minor.*[1]

Under Federal Rule of Civil Procedure 12(a)(1)(B), parties are to file responsive pleadings to counterclaims and crossclaims within 21 days after being served with same. The court finds good cause to extend this deadline as to the pro se Defendants/Cross-Defendants Bryant Weaver, Donna Brookshire, and Jennifer Weaver. *See* Fed. R. Civ. P. 6(b). Accordingly, Defendants/Cross-Defendants Bryant Weaver, Donna Brookshire, and Jennifer Weaver are to submit any response to the Crossclaim **no later than July 27, 2015**.

---

[1] Plaintiff has filed its Answer to the Counterclaim. ECF No. 35.

**If these Defendants/Cross-Defendants do not submit a response by that date, they are advised that it may be recommended that they be placed in default.** Defendants/Cross-Defendants are reminded that they are required to provide a copy of any answer to the Crossclaim that they file in this court to every other party in this case, and that they are required to attach a certificate of service to the answer they submit to this court for filing, certifying that the pleading was served on the other parties and how and when it was served.

IT IS SO ORDERED.

June 29, 2015  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge